```
                              United States Bankruptcy Court
                                    District of Oregon
In re:                                                        Case No. 14-33124-rld
Robert Lynn Clayton                                           Chapter 7
Debra Sue Johnson-Clayton
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0979-3          User: lew                   Page 1 of 1                   Date Rcvd: Jul 23, 2014
                              Form ID: pdf018             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2014.
db/jdb         +Robert Lynn Clayton,    Debra Sue Johnson-Clayton,    1282 3rd Street, Unit 33,
                 Lafayette, OR 97127-9602
100658567      +Capital One,    POB 30285,    Salt Lake City, UT 84130-0285
100707680       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
100658568      +Chase,   Southwest,   PO Box 15298,    Wilmington, DE 19850-5298
100658569      +City of Carlton,    191 E. Main Street,    Carlton, OR 97111-9107
100658573       IRS,   By S. Amanda Marshall, US Atty,    1000 SW 3rd Ave Ste 600,    Portland, OR 97204-2936
100658575       ODR,   c/o Ellen Rosenblum, Attorney General,    Oregon Department of Justice,   1162 Court St, NE,
                 Salem, OR 97301-4096
100658576      +Pioneer Park Mobile Estates,    1282 3rd St #1,    Lafayette, OR 97127-9652
100658579      +Specialized Loan Servicing,    8742 Lucent Blvd, Ste 300,    Highlands Ranch, CO 80129-2386
100658578      +Specialized Loan Servicing,    Attn: Customer Care Support,    PO Box 636005,
                 Littleton, CO 80163-6005
100697487      +WELLS FARGO BANK, N.A.,    PO BOX 10438,    MAC: X2505-036,   DES MOINES, IA 50306-0438
100658580      +Wells Fargo,    PO Box 14517,   Des Moines, IA 50306-3517
100658581      +Wells Fargo Bank NA,    c/o Customer Mgmt,    PO Box 95225,   Albuquerque, NM 87199-5225
100658583      +Wells Fargo Bank NA,    c/o Stanton Shelby, Atty,    Routh Crabtree Olsen,
                 511 SW 10th Ave, Ste 400,    Portland, OR 97205-2705
100658582      +Wells Fargo Bank NA,    1000 Blue Gentian Rd #300,    Mac#X7801-02K,   Saint Paul, MN 55121-1786
100658584      +Yamhill County Property Tax,    535 NE 5th Street, Rm. 42,    McMinnville, OR 97128-4504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 24 2014 00:50:19
                 American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX  75016-8088
100696472       E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 24 2014 00:50:19
                 American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088,   866-716-6441
100658570       E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 24 2014 00:50:19      Honda Financial Services,
                 PO Box 5025,   San Ramon, CA 94583
100658571       E-mail/Text: cio.bncmail@irs.gov Jul 24 2014 00:49:56     IRS,    By Eric Holder, Attorney General,
                 10th Constitution NW #4400,    Washington, DC 20530
100658572       E-mail/Text: cio.bncmail@irs.gov Jul 24 2014 00:49:56     IRS,    Centralized Insolvency,
                 PO Box 7346,   Philadelphia, PA 19101-7346
100658574      +E-mail/Text: bankruptcy.revenue@oregon.gov Jul 24 2014 00:49:38      ODR,   ATTN: Bankruptcy Unit,
                 955 Center St NE,   Salem, OR 97301-2555
100658577       E-mail/PDF: pa_dc_claims@navient.com Jul 24 2014 00:56:17     Sallie Mae,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2014 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. 314-33124RLD7
CLAYTON, ROBERT LYNN )
JOHNSON-CLAYTON, DEBRA SUE ) NOTICE OF INTENT TO Sell
) Property at Private Sale, Compensate
) Real Estate Broker, and/or Pay any
) Secured Creditor's Fees and Costs
) [NOTE: DO NOT use to sell personally
Debtor(s) ) identifiable information about individuals!]

1. An offer has been received by the trustee from  Turning Leaf Homes, LLC, an Oregon limited liability company  , whose relation to the debtor(s) is none , to purchase the following estate property (NOTE: If real property, state street address here. Also attach legal description as an Exhibit to the original filed with the court):

the debtors' interest in the real property located at 640 E Main St. Carlton, OR. 97111, more particularly described on Exhibit A attached hereto, subject to all liens and encumbrances thereon and subject further to the debtor's claim of a homestead exemption; together with any claims or defenses the debtor may have regarding the extent and validity of the liens thereon

for the sum of $ 7,500.00  upon the following terms: cash, as is.

2. Gross sales price: $ 7,500.00 . All liens on the property total: $ na , of which the trustee believes a total of $ na  need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable). Secured creditor(s) also seek(s) reimbursement of $ 0.00  for fees and costs. Total sales costs will be : $ 0.00 . All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately: $ 7,500.00 .

3. [If real property] The court appointed real estate broker, none                                          , will be paid na                                          .

**NOTICE IS GIVEN** that the trustee will sell the property, reimburse for any secured creditor's fees and costs, and compensate any real estate broker upon the above terms and without further notice unless within 23 days of the Trustee's date below, the trustee receives a bid exceeding the above offer by at least  $1,000.00  (and upon the same or more favorable terms to the estate), or an interested party **both**: (1) files a written objection to the sale, the reimbursement of fees and costs or broker's compensation, setting forth the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; or if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), **and** (2) serves a copy thereof on the trustee, KENNETH S. EILER, at PMB 810, 515 NW SALTZMAN RD, PORTLAND, OR 97229                                          .

If no objection is filed, but the trustee receives any upset bids in the manner required above within 23 days of the Trustee's date below, the trustee will notify all persons who have expressed an interest in purchasing the above property of the date, time and place of a meeting at which the trustee will conduct an auction and sell the property to the highest bidder without further notice.

FOR FURTHER INFORMATION CONTACT: Ken Eiler: kenneth.eiler@7trustee.net; 503-292-6020.

DATE: July 23, 2014                          /s/ KENNETH S. EILER
                                             KENNETH S. EILER, Trustee
760 (7/2/12)

# Exhibit A

Part of the Donation Land Claim of James Johnson and Wife, Claim No. 67, Notification No. 1563 in Township 3 South, Range 4 West of the Willamette Meridian in Yamhill County, Oregon, and being part of the Southwest Quarter of Section 22 in said Township and Range, Said Part being bounded as follows: Beginning at the Northwest Corner of the South Half of said Donation Land Claim; Thence South 21.50 Chains to the Northwest Corner of "Pierce Tract"; Thence East 4.68 Chains; Thence North 21.28 Chains to Center of Carlton and Lafayette Road; Thence North 87 degrees 40 minutes West, 4.68 Chains to the Place of Beginning. Excepting that portion conveyed to the City of Carlton by Deed Recorded April 1, 1976 in Film Volume 111, Page 935, Deed and Mortgage Records. Assessor's Property Tax Parcel/Account Number: R3422-01400.