Below is an Order of the Court.

RANDALL L. DUNN
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Robert Lynn Clayton and Debra Sue Johnson-Clayton,<br><br>                      Debtors. | Case No. 14-33124-rld7<br><br>**ORDER APPROVING SALE OF DEBTORS' INTEREST IN REAL PROPERTY SUBJECT TO LIENS AND ENCUMBRANCES** |

      This matter came before the Court on the Trustee's Notice of Intent ("Sale Request") to sell the Debtors' interest in the real property located at 640 E Main St. Carlton, OR. 97111 (the "Property"), subject to all liens and encumbrances thereon and subject further to the debtor's claim of a homestead exemption, together with any claims or defenses the Debtors may have regarding the extent and validity of the liens thereon, to Turning Leaf Homes, LLC, an Oregon limited liability company (Dkt. #12). Wells Fargo Bank, N.A. ("Wells Fargo") objected to the Sale Request (Dkt. #16).

      The Court having held a hearing on Wells Fargo's objection to the Sale Request on November 25, 2014, and having considered the argument of counsel and the files and records herein, and being now fully advised of the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED THAT:

The Trustee's sale of the Debtor's interest in the Property, subject to all liens and encumbrances thereon and subject further to the debtor's claim of a homestead exemption, together with any claims or defenses the debtor may have regarding the extent and validity of the liens thereon, to Turning Leaf Homes, LLC for $12,500.00 effective December 15, 2014, is approved. The Trustee is authorized and directed to execute such documents and instruments as are necessary to evidence the sale of such interest to Turning Leaf Homes, LLC.

###

The undersigned certifies compliance with LBR 9021-1(a)(2)(B) and that the circulation period prescribed by LBR 9021-1(a)(2)(B) has expired.

Presented by:
BALL JANIK LLP

By: /s/ David W. Criswell
 David W. Criswell, OSB No. 925930
 Attorneys for the Trustee

 Parties to be Noticed by U.S. Mail:
 American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088

Page 2 - **ORDER APPROVING SALE OF DEBTORS' INTEREST IN REAL PROPERTY SUBJECT TO LIENS AND ENCUMBRANCES**

982335.1